IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Number: 2:20-cr-0126 |
| | ) | |
| | ) | |
| -versus- | ) | **ORDER** |
| | ) | |
| | ) | |
| **MICHAEL TYRUS JETER** | ) | |

The United States of America moved for this Court to grant authorization to provide a redacted package of discovery (Bates pp. 000007 – 000015, 000022 – 00027, 000051 - 000065, 000067 - 000069, 000072 - 000078, 000080 – 000084, 000086 – 000096, 000102 – 000119, 000121, 000157 – 000197, 000232 – 000242, 000244 – 000249, 000251, 000253, 000255, 000257, 000002 - 000005) to the Defendant. The Defendant was indicted on February 12, 2020. ECF #2. An Order Governing Discovery was issued on May 18, 2020. ECF #8. That Order provided that "Defense counsel shall not, however, provide the defendant copies of such restricted material." The government made the motion in order to provide the above noted discovery material to the Defendant to assist the defense in preparing for trial. For good cause shown,

IT IS SO ORDERED.

s/ Bruce Howe Hendricks
BRUCE HOWE HENDRICKS
UNITED STATES DISTRICT JUDGE

Charleston South Carolina
September 13, 2021