IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| UNITED STATES OF AMERICA | ) | Criminal Number: 2:20-00126-BHH |
|---|---|---|
| -versus- | ) | |
| **MICHAEL TYRUS JETER,** | ) | **ORDER** |

And now, this 19th day of November, 2021, the within Motion is granted, and it is hereby ordered and decreed that the indictment in Criminal Number 2:20-00126-BHH against the defendant **MICHAEL TYRUS JETER,** in this case is hereby dismissed without prejudice.

s/ Bruce Howe Hendricks
HONORABLE BRUCE H. HENDRICKS
UNITED STATES DISTRICT JUDGE

Charleston, South Carolina